IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**TROY J. GREEN,**

    **Petitioner,**

v.                     **CIVIL ACTION NO. 3:03CV73**
                           **CRIMINAL ACTION NO. 3:02CR26-3**
                           **(BROADWATER)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert (Doc. 233), dated March 24, 2005, and petitioner's corresponding objections (Doc. No. 244), filed February 21, 2006. Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of the above. As a result, the Court is of the opinion that the Magistrate Judge's Report and Recommendation **(Doc. No. 233)** should be, and is hereby, **ORDERED** adopted.

    The Court further **ORDERS**

    1)     that the United States' Motion to Dismiss **(Doc. 204)** is **GRANTED**;

    2)     that the petitioner's motions for evidentiary hearing **(Doc. No. 206 & 212)** and motion to compel **(Doc. No. 210)** are hereby **DENIED**;

    3)     that petitioner's § 2255 motion **(Doc. No. 197)**, **is DENIED and DISMISSED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation. It is further **ORDERED** that this action be and is hereby

**STRICKEN** from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this 29th day of September, 2006.

W. Craig Broadwater
———————————————
W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE